No. D–669.   IN RE DISBARMENT OF WADE.   It is ordered that Hugh Mettye Wade, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.